## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BENNY JOLES and SUSAN D. JOLES, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CAUSE NO. 07-CV-695-WDS |
| | ) |
| GREEN TREE SERVICING L.L.C., | ) |
| | ) |
| **Defendant.** | ) |

## O R D E R

**STIEHL, District Judge:**

Before the Court is plaintiffs' motion to remand (Doc. 12) wherein plaintiffs state that the defendant does not object to the motion to remand. Plaintiffs have voluntarily dismissed Counts IV and V, the federal claims (Doc. 11), and also have entered into a stipulation that they will not seek damages, including actual, punitive and attorneys fees, in excess of $75,000. (Doc. 12-2).

Upon review of the record, the Court **FINDS** that it no longer has subject matter jurisdiction over this cause of action and that remand is appropriate. Accordingly, plaintiffs' motion to remand is **GRANTED** and this matter is remanded to the Circuit Court for the First Judicial Circuit, Union County, Illinois.

Each party shall bear its own costs.

**IT IS SO ORDERED.**

**DATED:   April 18, 2008.**

                    s/ WILLIAM D. STIEHL
                    **DISTRICT JUDGE**